UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORE BRANDS, LLC, </br></br>  Plaintiff, </br></br> v. </br></br> DESIGNER AUDIO VIDEO, DEPENDABLE AUDIO, ELECTRONICS DROP SHIP INC., ELEGANT ELECTRONICS, INC., CONSUMER AV GROUP, INC., THE HOUSE OF AUDIO NJ, INC. AND JOHN DOE, </br></br>  Defendants. | Civil Action No.  1:16-cv-11830-DPW |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION AS TO DEFENDANTS ELEGANT ELECTRONICS, INC., CONSUMER AV GROUP, INC., THE HOUSE OF AUDIO NJ, INC., AND JOHN DOE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Core Brands, LLC, through its undersigned counsel, hereby gives notice that the captioned action is voluntarily dismissed without prejudice against Defendants Elegant Electronics, Inc., Consumer AV Group, Inc., The House of Audio NJ, Inc., and John Doe.  Nothing contained herein discontinues the action as between Plaintiff and Defendants Designer Audio Video, Dependable Audio, and Electronics Drop Shop Inc.

        Respectfully submitted,
        CORE BRANDS, LLC,
        by its attorneys,

        */s/ Edward J. Mikolinski*
        Michael R. Murphy (BBO # 671816)
        michael.r.murphy@klgates.com
        Edward J. Mikolinski (BBO # 687770)
        Edward.mikolinski@klgates.com
        K&L Gates LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        (617) 261-9067
        (617) 261-3175

Dated: December 28, 2016

## **CERTIFICATE OF SERVICE**

      I, Edward J. Mikolinski, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent as indicated below on the parties indicated as non-registered participants:

**Via First Class Mail**
Electronics Drop Ship Inc.
2215 Springfield Avenue, #424
Vauxhall, NJ 07088

**Via E-mail**
Designer Audio Video
sales@designeraudiovideo.com

Dependable Audio
sales@dependableaudio.com


Dated: December 28, 2016

                                        */s/ Edward J. Mikolinski*
                                        Edward J. Mikolinski